## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**KEVIN RASCOE,**

      **Plaintiff,**

   **v.**                                **CASE NO.:**

**PORTFOLIO RECOVERY**
**SERVICES, LLC,**

      **Defendant.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Portfolio Recovery Services, LLC, by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Southern District of Florida, Miami Division, from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and in support thereof avers as follows:

1.    Defendant Portfolio Recovery Services, LLC is a defendant in a civil action originally filed on or about June 14, 2021, in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, titled *Kevin Rascoe v. Portfolio Recovery Services, LLC*, and docketed to Case No. 2021-017813-cc-05.

2.    This removal is timely under 28 U.S.C. § 1446(b) as Defendant received service of process on July 2, 2021.

3.      Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendant in the state court action.

4.      The United States District Court for the Southern District of Florida, Miami Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5.      On this date, Defendant provided notice of this Removal to counsel for Plaintiff and to the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Southern District of Florida.

**MESSER STRICKLER, LTD.**

By:     */s/ John M. Marees, II*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        JOHN M. MAREES II, ESQUIRE
        FL Bar No. 069879
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        jmarees@messerstrickler.com
        *Counsel for Defendant*

Dated: July 22, 2021

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 22, 2021, a true copy of the foregoing document was

served as follows:

*<u>Via U.S. Mail Postage Prepaid:</u>*
Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Counsel for Plaintiff*


**MESSER STRICKLER, LTD.**


By:     */s/ John M. Marees, II*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        JOHN M. MAREES II, ESQUIRE
        FL Bar No. 069879
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        jmarees@messerstrickler.com
        *Counsel for Defendant*

Dated: July 22, 2021

3