UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:21-cv-22628-BB

KEVIN RASCOE,

        **Plaintiff**

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

        **Defendant.**

_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiff Kevin Rascoe and Defendant Portfolio Recovery Associates, Inc., by and through their undersigned counsel, hereby provide notice that the Parties have reached a settlement as to all claims and controversies. Upon completion of all settlement terms, the Parties will file the necessary documents to dismiss this matter with prejudice. To that end, the Parties respectfully request 45 days to complete all settlement terms and file a joint stipulation of dismissal. The Parties shall bear their own attorney's fees and costs.

Respectfully submitted this 30th day of July 2021.

| **MESSER STRICKLER, LTD.** | **THE LAW OFFICES OF JIBRAEL S. HINDI** |
|---|---|
| By: */s/ John M. Marees, II* | By: */s/ Thomas J. Patti* |
| LAUREN M. BURNETTE, ESQUIRE | JIBRAEL S. HINDI, ESQUIRE |
| FL Bar No. 0120079 | FL Bar No. 118259 |
| JOHN M. MAREES, II, ESQUIRE | THOMAS J. PATTI, ESQUIRE |
| FL Bar No. 0069879 | FL Bar No. 118377 |
| 12276 San Jose Blvd., Suite 718 | 110 SE 6th Street, Suite 1744 |
| Jacksonville, FL 32223 | Ft. Lauderdale, FL 33301 |
| (904) 527-1172 | (954) 907-1136 |
| (904) 683-7353 (fax) | (855) 529-9540 |
| lburnette@messerstrickler.com | jibrael@jibraellaw.com |
| jmarees@messerstrickler.com | tom@jibraellaw.com |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

1